UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTINA BLAINE-THEDE, | Case No. 3:12-CV-00281-BR |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER OF REMAND |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 17th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

ADRIAN L. BROWN, OSB #050206
Assistant United States Attorney

*s/ Simone Pereira Cain*
SIMONE PEREIRA CAIN
Special Assistant United States Attorney
Of Attorneys for Defendant
(214) 767-4096