UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINA BLAINE-THEDE, <br> Plaintiff, | 3:12-CV-00281-BR |
| vs. | ORDER |
| MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,199.86 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 5th day of February, 2013.

_____
Anna Brown
United States District Court Judge

Merrill Schneider, OSB # 77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, OR 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINA BLAINE-THEDE,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | 3:12-CV-00281-BR<br><br>DECLARATION OF<br>CHRISTINA BLAINE-THEDE<br>ASSIGNING EAJA FEES |

### Declaration of Christina Blaine-Thede

I, Christina Blaine-Thede, agree that any Equal Access to Justice Act fees awarded in my federal Social Security disability case should be paid directly to my attorneys, Schneider Caver Law Offices, as payment of their fee for representing me before the U.S. District Court in this matter (CV # 12-281-BR). I understand that there is a chance the amount of the EAJA fees will be taxable to me.

_Christina J. Blaine_
Christina Blaine-Thede

2-13-2012
Date

DECLARATION OF CHRISTINA BLAINE-THEDE ASSIGNING EAJA FEES